**MASSOOD & BRONSNICK, LLC**
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for: Plaintiff

CASE CLOSED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES LLC a/s/o M.S., <br><br> Plaintiff(s), <br><br> v. <br><br> KFORCE INC.; ABC CORP. (1-10) (Said names being fictitious and unknown entities) <br><br> Defendant(s), | CIVIL ACTION NO.: 2:13-cv-02404 <br><br> **CIVIL ACTION** <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed that all claims against Kforce Inc. in the above-captioned matter are hereby dismissed without costs against any parties with prejudice.

Massood & Bronsnick, LLC

_____
Andrew R. Bronsnick, Esq.
*Attorneys for Plaintiff*

Dated: May 24, 2013

SO ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: 5/29/13

Massood & Bronsnick, LLC
Attorneys at Law